*E-Filed 12/14/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRELL WHITFIELD, | No. C 13-3267 RS (PR) |
|     Petitioner, | **ORDER REOPENING ACTION;** |
| v. | **ORDER DIRECTING PETITIONER TO PAY FILING FEE** |
| GARY SWARTHOUT, Warden, | |
|     Respondent. | |

This federal habeas action was dismissed because petitioner failed to pay the filing fee or file an application to proceed *in forma pauperis* ("IFP"). Petitioner since has filed an IFP application (Docket No. 9). The action is REOPENED, and the Clerk is directed to modify the docket accordingly. The judgment (Docket No. 4) and the order of dismissal (Docket No. 3) are VACATED.

In support of his IFP application, petitioner submitted a Certificate of Funds in Prisoner's Account signed by an authorized prison official. The most recent Certificate of Funds shows that the average deposits to petitioner's account for the six months preceding the filing of the IFP application were $0.00, and the average balance in petitioner's account for the same time period was $63.11.

Based on the above, the Court finds that petitioner is able to afford the $5.00 filing fee in this action. Accordingly, petitioner's application to proceed IFP is DENIED. Petitioner shall pay the $5.00 filing fee in this matter by submitting full payment to the Clerk of the Court on or before January 20, 2016. Petitioner's failure to do so will result in the dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b), and without further notice to petitioner. The Clerk shall terminate Docket No. 9.

**IT IS SO ORDERED**.

DATED: December 14, 2015

_____
RICHARD SEEBORG
United States District Judge