*E-Filed 1/21/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRELL WHITFIELD, | No. C 13-3267 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

Petitioner failed to pay the $5.00 filing fee by the deadline. Accordingly, this federal habeas action is DISMISSED without prejudice for failure to pay the filing fee and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Any motion to reopen **must** contain full payment for the filing fee, or, if petitioner can no longer afford to pay the fee, a complete application to proceed *in forma pauperis*.

**IT IS SO ORDERED**.

DATED: January 21, 2016

RICHARD SEEBORG
United States District Judge

No. C 13-3267 RS (PR)
ORDER OF DISMISSAL